PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:98CR00214-001** |
| ) | |
| **RANDY MATTHEW HUDNALL** ) | |
| ) | |

On January 6, 1999, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON
Senior United States Probation Officer**

Dated:   March 4, 2010
         Bakersfield, California
         LES:ks

**REVIEWED BY:**   **/s/ Thomas A. Burgess**
                   **THOMAS A. BURGESS
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   Randy Matthew HUDNALL
      Docket Number:   2:98CR00214-001
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  March 8, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LES:ks
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office